UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LEE WOMACK, | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| HARLEY LAPPIN, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG
MAY 1 6 2007
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

AND NOW, this 16TH day of May, 2007, upon consideration of Defendants' proposed request for a protective order, that request is GRANTED. Because Defendants have raised the defense of qualified immunity, which shields them from the burdens of litigation, and because Defendants have raised an exhaustion defense, which could dismiss the entire Complaint, the parties may engage in written discovery, but may not notice depositions until this Court decides Defendants' pending motion to dismiss or, in the alternative, for summary judgment.

Christopher C. Conner
United States District Judge