DCP:MJB:dlm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| Defendants | : | Filed Electronically |

**DEFENDANTS D. SCOTT DODRILL, HARLEY G. LAPPIN, JOHN VANYUR, NEWTON KENDIG,[1] LINDA THOMAS, AND CHUCK MARIOANA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**

Defendants ask this Court to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b), or in the event the Court does not dismiss the Second Amended Complaint in its entirety, Defendants ask the Court to enter summary

---

[1] As Mary Ellen Thoms, originally named in the Second Amended Complaint in he official capacity only, is deceased, Newton Kendig, M.D., hereby is substituted as a party. See Hafer v. Melo, 502 U.S. 21, 25 (1991).

judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

        Respectfully submitted,

        DENNIS C. PFANNENSCHMIDT
        United States Attorney


        s/ Michael J. Butler
        Michael J. Butler
        Assistant United States Attorney
        PA 81799
        Dawn L. Mayko
        Paralegal Specialist
        United States Attorney's Office
        228 Walnut Street, 2nd Floor
        P.O. Box 11754
        Harrisburg, PA 17108
        Tel: 717-221-4482
        Fax: 717-221-2246
        Michael.J.Butler@usdoj.gov

Dated: August 27, 2009

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| Defendants | : | Filed Electronically |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on August 27, 2009, she served a copy of the attached

**DEFENDANTS D. SCOTT DODRILL, HARLEY G. LAPPIN, JOHN VANYUR, NEWTON KENDIG,[2] LINDA THOMAS, AND CHUCK MARIOANA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**

by filing with the Court's ECF system.

Addressee:
Aaron B. Hewitt
Alexis J. Gilman
John H. Shenefield
Maxine M. Woelfling
Thomas G. Scriven
Andrew C. Whitney
Jamie L. Ghen
Morgan, Lewis & Bockius, LLP

Deborah Golden
Washington Lawyers Committee
 For Civil Rights & Urban Affairs

**Attorneys for Plaintiff**

                      s/ Dawn L. Mayko
                      Dawn L. Mayko
                      Paralegal Specialist

---

[2]As Mary Ellen Thoms, originally named in the Second Amended Complaint in he official capacity only, is deceased, Newton Kendig, M.D., hereby is substituted as a party. See Hafer v. Melo, 502 U.S. 21, 25 (1991).