UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| Defendants | : | Filed Electronically |

## WORD COUNT CERTIFICATION

Pursuant to Local Rule 7.8(b)(2), I hereby certify, based upon the word-count feature of the word processing system used to prepare this response, that this response complies with the word-count limit described in Local Rule 7.8(b)(2), in that the response contains fewer than 5,000 words, to wit, 4,682 words.

Dated: August 27, 2009                     /s/ Michael J. Butler
                                            Michael J. Butler
                                            Assistant United States Attorney