DCP:MJB:dlm

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID LEE WOMACK, | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| JOSEPH V. SMITH, et al., | : | |
| Defendants | : | Filed Electronically |

**DEFENDANTS D. SCOTT DODRILL, HARLEY G. LAPPIN, JOHN VANYUR, NEWTON KENDIG, LINDA THOMAS, AND CHUCK MARIOANA'S STATEMENT OF MATERIAL FACTS <u>IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Defendants Harley G. Lappin, Director of the Bureau of Prisons (the "BOP"); D. Scott Dodrill, Regional Director of the BOP; John Vanyur, Assistant Director, Correctional Programs Division; Linda Thomas, Central Office Correctional Services Administrator; Newton Kendig, Assistant Director, Health Services Division (in his official capacity only); and Chuck Marioana, Regional Correctional Services Administrator (collectively the "High Ranking BOP Officials") respectfully submit this statement of material facts in support of motion for summary judgment. The High Ranking BOP Officials state as follows:

1. Womack filed his original complaint on December 7, 2006.

2. Womack is represented by counsel, who have access to the internet. See www.morganlewis.com.

3. The former Program Statement 5566.05 ¶ 15 (effective July 1996 to November 2005) and current Program Statement 5566.06 ¶ 14 (effective since November 2005) provide that when an inmate is placed in restraints for a non-routine reason (moving and transferring inmates) notice should be given to Assistant Director, Correctional Programs Division; Assistant Director, Health Services Division; Central Office Correctional Services Administrator; Regional Director; and Regional Correctional Services Administrator. See Program Statement 5566.06 ¶ 14 (Ex. A); Program Statement 5566.05 ¶ 15 (Attach. 24 to Ex. 1 to Motion for Summary Judgment (Doc. No 28)).

3. Program Statement 5566.06 ¶ 14 is available on line and references former Program Statement 5566.05. See http://www.bop.gov.

4. Defendants provided a hard copy of the Program Statement 5566.05 to Womack (at the very latest) on April 25, 2007, as part of their

exhibits to the motion for summary judgment.  <u>See</u> Attach. 24 to Ex. 1 to Motion for Summary Judgment (Doc. No 28).

5. Womack has no evidence that Defendants Vanyur, Thomas, Kendig, and Marioana had notice of this action.  Indeed, there is no reason why they would.  In addition, there is no reason why Defendants Vanyur, Thomas, Kendig, and Marioana would have notice that Womack mistakenly failed to add them as parties to the original complaint.

Accordingly, this Court should grant summary judgment to Defendants Vanyur, Thomas, Kendig, and Marioana because Womack failed to comply with the applicable two-year statute of limitations.

                                           Respectfully submitted,

                                           DENNIS P. PFANNENSCHMIDT
                                           United States Attorney

                                           /s/ Michael J. Butler
                                           Michael J. Butler
                                           Assistant United States Attorney
                                           PA 81799
                                           Dawn L. Mayko
                                           Paralegal Specialist
                                           U.S. Attorney's Office
                                           228 Walnut Street, 2nd Floor
                                           P.O. Box 11754
                                           Harrisburg, PA 17108
                                           Tel:  717-221-4482
                                           Fax: 717-221-2246
                                           Michael.J.Butler@usdoj.gov

Dated: August 27, 2009

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| **Plaintiff** | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 27, 2009, she served a copy of the attached

**DEFENDANTS D. SCOTT DODRILL, HARLEY G. LAPPIN, JOHN VANYUR, NEWTON KENDIG, LINDA THOMAS, AND CHUCK MARIOANA'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

by filing with the Court's ECF system.

Addressee:
Aaron B. Hewitt
Alexis J. Gilman
John H. Shenefield
Maxine M. Woelfling
Thomas G. Scriven
Andrew C. Whitney
Jamie L. Ghen
Morgan, Lewis & Bockius, LLP

Deborah Golden
Washington Lawyers Committee
 For Civil Rights & Urban Affairs

**Attorneys for Plaintiff**

s/ Dawn Mayko
Dawn Mayko
Paralegal Specialist