DCP:MJB:dlm

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| **Plaintiff** | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

### DEFENDANT JOHN OLIVER'S
### MOTION TO DISMISS INJUNCTIVE CLAIMS
### AND MOTION FOR SUMMARY JUDGMENT

Defendants ask this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b) or to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b).

A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

                                            Respectfully submitted,

                                            DENNIS C. PFANNENSCHMIDT
                                            United States Attorney

                                            s/ Michael J. Butler
                                            Michael J. Butler
                                            Assistant United States Attorney
                                            PA 81799
                                            Dawn L. Mayko
                                            Paralegal Specialist
                                            United States Attorney's Office
                                            228 Walnut Street, 2nd Floor
                                            P.O. Box 11754
                                            Harrisburg, PA 17108
                                            Tel: 717-221-4482
                                            Fax: 717-221-2246
                                            Michael.J.Butler@usdoj.gov

Dated: August 27, 2009

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on August 27, 2009, she served a copy of the attached

**DEFENDANT JOHN OLIVER'S
MOTION TO DISMISS INJUNCTIVE CLAIMS
AND MOTION FOR SUMMARY JUDGMENT**

by filing with the Court's ECF system.

Addressee:
Aaron B. Hewitt
Alexis J. Gilman
John H. Shenefield
Maxine M. Woelfling
Thomas G. Scriven
Andrew C. Whitney
Jamie L. Ghen
Morgan, Lewis & Bockius, LLP

Deborah Golden
Washington Lawyers Committee
 For Civil Rights & Urban Affairs

**Attorneys for Plaintiff**

s/ Dawn L. Mayko
Dawn L. Mayko
Paralegal Specialist