DCP:MJB:dlm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LEE WOMACK, | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| JOSEPH V. SMITH, et al., | : | |
| Defendants | : | Filed Electronically |

**DEFENDANT JOHN OLIVER'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant John Oliver respectfully submits this statement of material facts in support of motion for summary judgment, and states as follows:

1. Womack filed his original complaint on December 7, 2006. See Doc. No. 1.

2. Womack did not include John Doe defendants in his original complaint. See id.

3. On May 4, 2007, Womack served Initial Disclosures Statement, which identified John Oliver, Captain at USP Lewisburg. See Initial Disclosures (Ex. A) at 5.

4. The Initial Disclosures contain references to numerous non-defendant USP Lewisburg employees. See id.

5. Womack has no evidence that Defendant Oliver had notice of this matter within the 120-day time period.

6. There was no reason for Defendant Oliver to think he was mistakenly not included as a party. See id.

7. Womack made a tactical decision to not name Oliver as a defendant in the original complaint. See id.

Accordingly, this Court should grant summary judgment to Defendant John Oliver because Womack failed to comply with the applicable two-year statute of limitations.

Respectfully submitted,

DENNIS P. PFANNENSCHMIDT
United States Attorney

/s/ Michael J. Butler
Michael J. Butler
Assistant United States Attorney
PA 81799
Dawn L. Mayko
Paralegal Specialist
U.S. Attorney's Office
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108
Tel:  717-221-4482
Fax: 717-221-2246
Michael.J.Butler@usdoj.gov

Dated: August 27, 2009

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| **Plaintiff** | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 27, 2009, she served a copy of the attached

**DEFENDANT JOHN OLIVER'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

by filing with the Court's ECF system.

Addressee:
Aaron B. Hewitt
Alexis J. Gilman
John H. Shenefield
Maxine M. Woelfling
Thomas G. Scriven
Andrew C. Whitney
Jamie L. Ghen
Morgan, Lewis & Bockius, LLP

Deborah Golden
Washington Lawyers Committee
  For Civil Rights & Urban Affairs

**Attorneys for Plaintiff**

s/ Dawn Mayko
Dawn Mayko
Paralegal Specialist