DCP:MJB:dlm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LEE WOMACK, | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| HARLEY LAPPIN, et al., | : | |
| Defendants | : | Filed Electronically |

DEFENDANTS' MOTION
FOR A PROTECTIVE ORDER

Defendants, by and through their counsel, Dennis C. Pfannenschmidt, United States Attorney for the Middle District of Pennsylvania, and Michael J. Butler, Assistant United States Attorney, hereby request a protective order staying all discovery requests pending a resolution of the dispositive motion filed by Defendants Lappin, Dodrill, Vanyur, Thomas, Kendig, and Marioana and the

dispositive motion filed by Defendant Oliver. A brief in support of this motion is being filed concurrently with this motion.

          Respectfully submitted,

          DENNIS C. PFANNENSCHMIDT
          United States Attorney


          s/ Michael J. Butler
          Michael J. Butler
          Assistant United States Attorney
          PA 81799
          Dawn L. Mayko
          Paralegal Specialist
          United States Attorney's Office
          228 Walnut Street, 2nd Floor
          P.O. Box 11754
          Harrisburg, PA 17108
          Tel: 717-221-4482
          Fax: 717-221-2246
          Michael.J.Butler@usdoj.gov

Dated: August 27, 2009

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| Plaintiff | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| Defendants | : | Filed Electronically |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on August 27, 2009, she served a copy of the attached

### DEFENDANTS' MOTION
### FOR A PROTECTIVE ORDER

by filing with the Court's ECF system.

<u>Addressee</u>:
Aaron B. Hewitt
Alexis J. Gilman
John H. Shenefield
Maxine M. Woelfling
Thomas G. Scriven
Andrew C. Whitney
Jamie L. Ghen
Morgan, Lewis & Bockius, LLP

Deborah Golden
Washington Lawyers Committee
 For Civil Rights & Urban Affairs

**Attorneys for Plaintiff**

s/ Dawn L. Mayko
Dawn L. Mayko
Paralegal Specialist