IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MARY E. D'ANDREA
Per _____ Deputy Clerk

| DAVID LEE WOMACK | |
|---|---|
| Plaintiff, | No. 1:CV-06-2348-CCC |
| v. | Filed October 17, 2007 |
| JOSEPH V. SMITH, et al. | (Judge Christopher C. Conner) |
| Defendants. | |
| | (Electronically Filed) |

## ORDER

NOW, this 10th day of September, 2009, IT IS HEREBY ORDERED that Plaintiff's Motion for an Enlargement Time GRANTED. Plaintiff may respond to Defendants D. Scott Dodrill, Harley G. Lappin, John Vanyur, Newton Kendig, Linda Thomas, and Chuck Marioana's Motion to Dismiss, or in the Alternative, for Summary Judgment and Defendant John Oliver's Motion to Dismiss Injunctive Claims and Motion For Summary Judgment on or before September 28, 2009.

CHRISTOPHER C. CONNER
United States District Judge