## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | **CIVIL ACTION NO. 1:06-CV-2348** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **JOSEPH V. SMITH,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 28th day of September, 2009, upon consideration of

plaintiff's unopposed motion (Doc. 89) to exceed the fifteen page limit, it is hereby

ORDERED that said motion is GRANTED.  Plaintiff may file briefs in response to

defendants' motions to dismiss or, in the alternative, for summary judgment that do

not exceed forty-five (45) pages.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge