IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | CIVIL ACTION NO. 1:06-CV-2348 |
| **Plaintiff** | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOSEPH V. SMITH,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of January, 2010, in accordance with this court's memorandum and order (Doc. 99), dated December 29, 2009, it is hereby ORDERED that the following revised pretrial/trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial | October 4, 2010 at 9:30 a.m. |
| Fact Discovery | April 15, 2010 |
| Dispositive Motions & Supporting Briefs | May 3, 2010 |
| Motions in Limine & Supporting Briefs | August 20, 2010 |
| Pretrial Conference | September 22, 2010 at 2:30 p.m. |
| Pretrial Memoranda | September 15, 2010 by 12:00 p.m. |
| Plaintiff's Expert Report(s) | May 3, 2010 |
| Defendants' Expert Report(s) | June 3, 2010 |
| Supplemental/Rebuttal Expert Report(s) | June 18, 2010 |
| Proposed Voir Dire Questions | September 22, 2010 |
| Proposed Jury Instructions | September 22, 2010 |

All other instructions and guidelines set forth in the original case management order (Doc. 36), dated May 16, 2007, shall remain in full force and effect except as modified herein.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge