# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE WOMACK**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**JOSEPH V. SMITH, et al.,**<br><br>  **Defendants.** | No. 1:CV-06-2348 CCC<br><br>Judge Christopher C. Conner |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdrawal my appearance behalf of Plaintiff David Lee Womack in the above-referenced matter.

                                     /s/ Jamie L. Ghen, Esquire
                                     Jamie L. Ghen, Esquire
                                     Attorney I.D. No. 94012
                                     Morgan, Lewis & Bockius LLP
                                     1701 Market Street
                                     Philadelphia, PA  19103
                                     Telephone :  215.963.5000

## **CERTIFICATE OF SERVICE**

      I, Jamie L. Ghen, hereby certify that on this 4th day of March, 2010, a copy of my Withdrawal of Appearance was served via electronic court filing on the following party:

                Michael Butler
                United States Attorney's Office
                228 Walnut Street, Suite 220
                Harrisburg, PA 17108
                Michael.J.Butler@usdoj.gov

                <u>/s/ Jamie L. Ghen</u>