IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE WOMACK**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**JOSEPH V. SMITH, et al.,**<br><br>       **Defendants.** | No. 1:CV-06-2348 CCC<br><br>Judge Christopher C. Conner |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Plaintiff David Lee Womack in the above-referenced matter.

/s/ Thomas G. Scriven
Thomas G. Scriven
*Admitted pro hac vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone : 202.739.3000

# CERTIFICATE OF SERVICE

I, Aaron B. Hewitt, hereby certify that on this 8th day of March, 2010, a copy of the Thomas G. Scriven's Withdrawal of Appearance was served via electronic court filing on the following party:

> Michael Butler
> United States Attorney's Office
> 228 Walnut Street, Suite 220
> Harrisburg, PA 17108
> Michael.J.Butler@usdoj.gov

> /s/ Aaron B. Hewitt