IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK**, | : | **CIVIL ACTION NO. 1:06-CV-2348** |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH V. SMITH**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## SCHEDULING ORDER

AND NOW, this 10th day of March, 2010, upon consideration of defendants' motion (Doc. 106) to amend the case management order (Doc. 100) of January 6, 2010, wherein defendants request that the court extend all case management deadlines by sixty days, and of plaintiff's opposition (Doc. 107) to the motion, which concurs in a thirty-day extension, but objects to defendants' sixty-day request, it is hereby ORDERED that:

1. Defendants' motion (Doc. 106) is GRANTED. However, the case management deadlines shall be extended by forty-five days only. If further time is required, defendants shall petition the court and provide reasons for an additional extension.

2. The following pretrial and trial schedule shall govern further proceedings in this matter:

    | | |
    |---|---|
    | Jury Selection/Trial | November 1, 2010 at 9:30 a.m. |
    | Fact Discovery | June 1, 2010 |
    | Dispositive Motions & Supporting Briefs | June 16, 2010 |
    | Motions in Limine & Supporting Briefs | September 20, 2010 |
    | Pretrial Conference | October 19, 2010 at 11:00 a.m. |
    | Pretrial Memoranda | October 7, 2010 by 12:00 p.m. |
    | Plaintiff's Expert Report(s) | June 16, 2010 |
    | Defendants' Expert Report(s) | July 16, 2010 |
    | Supplemental/Rebuttal Expert Report(s) | July 30, 2010 |
    | Proposed Voir Dire Questions | October 14, 2010 |
    | Proposed Jury Instructions | October 14, 2010 |

3.   All other instructions and guidelines set forth in the original case management order (Doc. 36), dated May 16, 2007, shall remain in effect except as modified herein.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge