UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

1:CV-06-2348

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT       :

FILED
HARRISBURG, PA

MAR 3 1 2010

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**PETITION**

I __Sean P. Duffy__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    __Morgan, Lewis & Bockius LLP__

__1111 Pennsylvania Ave., NW__

__Washington, DC 20004__

Office Telephone:    __(202)739-5603__

FILED
HARRISBURG, PA
APR 0 1 2010
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__District of Columbia (6/11/2007)__

My attorney Identification number is: __DC 974761__

| FOR COURT USE ONLY |
| --- |
| ____ GENERAL ADMISSION: |
| BEFORE JUDGE _____     Date: _____ |
| ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE |
| __X__ SPECIAL ADMISSION: |
| GRANTED _____     Date: __4-1-10__ |
| _X_ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

___None_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

___X___ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

__For the purpose of acting as counsel in a pending case_____

NAME THE PARTY YOU REPRESENT:

__David Lee Womack_____

If special admission is requested for a particular case, please list case number and caption:

Case #   No. 1:CV-06-2348

Caption:   DAVID LEE WOMACK v. JOSEPH V. SMITH, JOHN OLIVER, KENNETH GABRIELSON, D. SCOTT DODRILL, HARLEY G. LAPPIN, JOHN VANYUR, MARY ELLEN THOMS, LINDA THOMAS, AND CHUCK MARIOANA

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Maxine M. Woelfling - Morgan, Lewis & Bockius LLP

17 North Second Street, Suite 1420

Harrisburg, PA 17101-1904

(713)237-5000    PA 20101

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

PETITIONER

DC 974761
(Bar Identification Number)
March 29, 2010
(Date)

NAME OF PETITIONER   Sean P. Duffy

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

### CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature

```
Court Name: District Court
Division: 1
Receipt Number: 111007606
Cashier ID: jcardile
Transaction Date: 03/31/2010
Payer Name: MORGAN LEWIS BOCKIUS
------------------------------------
PRO HOC VICE
 For: SEAN P. DUFFY
 Case/Party: D-PAM-3-10-PB-000001-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 4417
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

Only when bank clears the check or verifies credit of funds is the fee or debt officially paid or discharged. A fee of $45.00 will be charged for returned checks.