UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| **Plaintiff** | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

FILED
HARRISBURG, PA
APR 19 2010
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

WRIT OF *HABEAS CORPUS*
*AD TESTIFICANDUM*

UNITED STATES OF AMERICA TO

Warden, New Jersey State Prison
P. O. Box 861
Trenton, NJ 08625

OR THE UNITED STATES MARSHAL FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, in your custody, or one of your deputies, to the Allenwood United States Penitentiary in White Deer, Pennsylvania, on May 17, 2010, at 10:00 a.m., the person of *DAVID LEE WOMACK,* **SBI # OS01569275-537775/Reg. No. 08497-007,** whom it is alleged you legally restrain of his liberty and who is a necessary and material witness in certain proceedings pending in the United States District Court for the Middle District of Pennsylvania, to the end that he, the said *DAVID LEE*

Case 1:06-cv-02348-CCC   Document 117-2   Filed 04/19/2010   Page 2 of 2

***WOMACK*, SBI # OS01569275-537775/Reg. No. 08497-007**, may then and there give his testimony before a court reporter, or other person authorized by law to administer oaths, and the said United States Marshal for the Middle District of Pennsylvania is directed to keep the prisoner safe in custody, and confine him from day to day when not providing his oral deposition, in a safe and suitable place of confinement, and at the conclusion of the said deposition, the said United States Marshal for the Middle District of Pennsylvania, or one of his deputies, shall immediately return the said ***DAVID LEE WOMACK*, SBI # OS01569275-537775/Reg. No. 08497-007**, to the Warden of the New Jersey State Prison, P. O. Box 861, Trenton, NJ 08625, to serve the balance of the sentence or sentences heretofore imposed upon him.

HEREIN FAIL NOT and due return make hereof.

WITNESS my signature on this 19th day of April, 2010.

Christopher C. Conner
United States District Judge