IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK**, | : | CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOSEPH V. SMITH**, *et al.*, | : | |
| Defendants | : | |

## SCHEDULING ORDER

AND NOW, this 13th day of May, 2010, upon consideration of defendants' motion (Doc. 122) to amend the case management order (Doc. 111) of March 10, 2010, wherein defendants request that the court extend all case management deadlines by thirty days, but not permit any additional discovery other than the deposition of plaintiff David Lee Womack ("Womack"), and it appearing that Womack does not oppose the requested extension, but opposes the requested limitation upon discovery, it is hereby ORDERED that:

1. Defendants' motion (Doc. 122) is GRANTED insofar as it seeks an extension of all pretrial deadlines by thirty days. However, defendants' request that discovery be limited to the deposition of Womack is DENIED.

2. The following pretrial and trial schedule shall govern further proceedings in this matter:

    | | |
    |---|---|
    | Jury Selection/Trial | December 6, 2010 at 9:30 a.m. |
    | Fact Discovery | July 1, 2010 |
    | Dispositive Motions & Supporting Briefs | July 16, 2010 |
    | Motions in Limine & Supporting Briefs | October 18, 2010 |
    | Pretrial Conference | November 18, 2010 at 11:00 a.m. |
    | Pretrial Memoranda | November 11, 2010 by 12:00 p.m. |
    | Plaintiff's Expert Report(s) | July 16, 2010 |
    | Defendants' Expert Report(s) | August 16, 2010 |
    | Supplemental/Rebuttal Expert Report(s) | August 31, 2010 |
    | Proposed Voir Dire Questions | November 18, 2010 |
    | Proposed Jury Instructions | November 18, 2010 |

3. All other instructions and guidelines set forth in the original case management order (Doc. 36), dated May 16, 2007, shall remain in effect except as modified herein.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge