Return Unexecuted per Peter Blustman, BOP supervisor. Subject moving to a Federal medical facility for treatment

*[signature]*, DVSR

06-2348

**FILED**
HARRISBURG, PA

MAY 07 2010

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk