# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE WOMACK**<br><br>     **Plaintiff,**<br><br>   v.<br><br>**JOSEPH V. SMITH, et al.,**<br><br>     **Defendants.** | No. 1:CV-06-2348 CCC<br><br>Judge Christopher C. Conner |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw my appearance on behalf of Plaintiff David Lee Womack in the above-referenced matter.

 

          /s/ Alexis J. Gilman
          Alexis J. Gilman
          *Admitted pro hac vice*
          Morgan, Lewis & Bockius LLP
          1111 Pennsylvania Avenue, NW
          Washington, D.C. 20004
          Telephone:  202.739.3000

## **CERTIFICATE OF SERVICE**

I, Aaron B. Hewitt, hereby certify that on this 2d day of June, 2010, a copy of Alexis J. Gilman's Withdrawal of Appearance was served via electronic court filing on the following party:

>Michael Butler
>United States Attorney's Office
>228 Walnut Street, Suite 220
>Harrisburg, PA 17108
>Michael.J.Butler@usdoj.gov

>/s/ Aaron B. Hewitt