UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Lee Womack | ) |
| | ) |
| Plaintiff | ) Case No.: 1:06-CV-2348 CCC |
| v. | ) |
| Joseph V. Smith, et al. | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Subpoena Duces Tecum, Exhibit A, and Affidavit in Support of Touhhy Request

SERVE TO: Federal Bureau of Prisons c/o Joyce Zoldak
SERVICE ADDRESS: 320 1st Street, NW, Washington, DC 20001

DATE SERVED: May 25, 2010   TIME SERVED: 2:30 PM

PERSON SERVED: Joyce Zoldak, Associate General Counsel, authorized to accept.

Described herein:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 56    Height: 5'7"    Weight: 135

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-27-10
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| DAVID LEE WOMACK | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| JOSEPH V. SMITH ET AL. | Case Number:[1] No. 1:06-CV-2348 CCC |

TO:  FEDERAL BUREAU OF PRISONS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE EXHIBIT A

| PLACE   MORGAN, LEWIS & BOCKIUS LLP, 1111 PENNSYLVANIA AVENUE, NW WASHINGTON, D.C. 20004 | DATE AND TIME  6/14/2010 5:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  [signature]  ATTORNEY FOR PLAINTIFF | DATE  5/25/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
AARON B. HEWITT, MORGAN, LEWIS & BOCKIUS LLP, 1111 PENNSYLVANIA AVENUE, NW WASHINGTON, D.C. 20004

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.