IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK**, | : | CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOSEPH V. SMITH**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 23rd day of June, 2010, upon consideration of the telephone conference conducted with the parties on the date herein, and recognizing that the deposition of plaintiff David Lee Womack ("Womack") is noticed for June 24-25, 2010, that counsel for Womack has, on a prior occasion, inspected restraints similar to those purportedly used to subdue Womack, and that the parties have orally agreed that the restraints need not be exhibited during Womack's deposition, it is hereby ORDERED that counsel for the defendant shall, to the extent possible, allow for Womack and his counsel to separately inspect the physical restraints, subject to BOP's ability to ensure that such inspection addresses all necessary safety precautions.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge