IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE WOMACK**, : | CIVIL ACTION NO. 1:06-CV-2348 |
|       **Plaintiff** : | |
|     v. : | |
| : | **(Judge Conner)** |
| : | |
| **JOSEPH V. SMITH**, *et al.*, : | |
|       **Defendants** : | |

## **ORDER**

AND NOW, this 7th day of July, 2010, following a telephone conference with counsel of record in the above-captioned action, and upon agreement of the same, it is hereby ORDERED that the deadline for filing dispositive motions <u>and</u> supporting briefs is extended to **Friday, August 27, 2010**.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge