IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK**, | : | CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **JOSEPH V. SMITH**, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 14th day of July, 2010, in consideration of Plaintiff's Motion for Extension of Time (Doc. 134), it is hereby ORDERED that said motion is GRANTED. This Court's Scheduling Order is amended to reflect the following dates:

> Plaintiff's Expert Report(s): August 27, 2010
> Defendants' Expert Report(s): September 27, 2010
> Supplemental/Rebuttal Expert Reports(s): October 12, 2010.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge