IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK**, | : | CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **JOSEPH V. SMITH**, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 25th day of August, 2010, upon consideration of defendants' motion (Doc. 138) to stay summary judgment deadline until after the court has ruled on discovery and exhaustion issues, it is hereby ORDERED that said motion is DENIED. However, in light of the telephone conference scheduled for August 31, 2010, the summary judgment deadline will be reset to September 7, 2010.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge