IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOSEPH V. SMITH,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of September, 2010, in accordance with this court's prior order (Doc. 144) and upon notice by the parties (Doc. 145) of resolution of the subject discovery dispute, it is hereby ORDERED that the dispositive motions deadline shall be extended and the following revised pretrial/trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial | March 7, 2011 at 9:30 a.m. |
| Dispositive Motions & Supporting Briefs | September 30, 2010 |
| Motions in Limine & Supporting Briefs | January 14, 2011 |
| Pretrial Conference | February 16, 2011 at 10:00 a.m. |
| Pretrial Memoranda | February 9, 2011 by 12:00 p.m. |
| Plaintiff's Expert Report(s) | September 30, 2010 |
| Defendants' Expert Report(s) | October 30, 2010 |
| Supplemental/Rebuttal Expert Report(s) | November 15, 2010 |
| Proposed Voir Dire Questions | February 16, 2011 |
| Proposed Jury Instructions | February 16, 2011 |

All other instructions and guidelines set forth in the original case management order (Doc. 36), dated May 16, 2007, shall remain in full force and effect except as modified herein.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge