## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | **CIVIL ACTION NO. 1:06-CV-2348** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **JOSEPH V. SMITH,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 30th day of September, 2010, upon consideration of defendants' motion to exceed the 15 page limit (Doc. 147), it is hereby ORDERED that said motion is GRANTED.  Defendants may file a brief in support of their motion for summary judgment which does not exceed 45 pages.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge