IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LEE WOMACK<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH V. SMITH, et al.<br><br>Defendants. | No. 1:CV-06-2348-CCC<br><br>Judge Christopher C. Conner<br><br>Filed Electronically |

### PLAINTIFF'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT

Plaintiff David Lee Womack hereby moves the Court for permission to file a brief in opposition to Defendants' motion for summary judgment to the extent the 15-page limit described in M.D. Pa. Local Rule 7.8 applies.

In support of this Motion, Plaintiff states as follows:

1. On September 30, 2010, Defendants D. Scott Dodrill, Joseph V. Smith, John Oliver, and Kenneth Gabrielson filed a Motion for Summary Judgment (Docket Nos. 149-151).

2. Because of the need to address all of the arguments raised in the motion, which require the discussion of the underlying facts, Plaintiff needs more than 15 pages, but no more than 45 pages, to fully respond.

3. Permitting Plaintiff to completely respond to Defendants' motion will not prejudice Defendants.

WHEREFORE, Plaintiff moves the Court for permission to file a brief in response to the Defendants' motion that will not exceed 45 pages.

                                               Respectfully submitted,

Dated: October 21, 2010                 By: /s/ Aaron B. Hewitt

| | |
|---|---|
| Aaron B. Hewitt<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>202.739.3000<br>202.739.3001 (fax) | Andrew C. Whitney<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market St.<br>Philadelphia, PA 19103<br>215.963.5000<br>877.432.9652 (fax) |
| Deborah M. Golden<br>**WASHINGTON LAWYERS COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**<br>11 Dupont Circle, NW, Suite 400<br>Washington, D.C. 20036<br>202.319.1000<br>202.319.1010 (fax) | Maxine M. Woelfling<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>17 North Second Street, Suite 1420<br>Harrisburg, PA 17101-1604<br>717.237.5000<br>717.237.5001 (fax) |

*Attorneys for Plaintiff David Lee Womack*

## CERTIFICATE OF SERVICE

I, Aaron B. Hewitt, hereby certify that on this 21st day of October, 2010, a copy of PLAINTIFF'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT was served via electronic court filing on the following party:

> Michael Butler
> United States Attorney's Office
> 228 Walnut Street, Suite 220
> Harrisburg, PA 17108
> Michael.J.Butler@usdoj.gov

/s/ Aaron B. Hewitt