# EXHIBIT 17

REPORT OF INCIDENT
(FORM 583 - NOVEMBER 1997)

| SECTION 1: GENERAL INFORMATION | | REPORT #LEW-107-04-1 | |
|---|---|---|---|
| INSTITUTION | USP Lewisburg | REGION | Northeast Region |
| REPORT DATE | December 9, 2004 | SUBMITTED BY | Joseph V. Smith, Warden |
| DATE OF INCIDENT | December 9, 2004 | TIME OF INCIDENT | 2:00 P.M. |
| FBI NOTIFIED (Yes/No) | Yes | USMS NOTIFIED (Yes/No) | No |
| INCIDENT LOCATION (EXAMPLE: SHU) | | Special Housing Cell #007 | |
| PROHIBITED ACT CODE(S) | 203 and 224 | | |
| INCIDENT REPORT NUMBER(S) | | # 1290859 | |

**TYPE OF INCIDENT:** (MARK ("X") WHERE APPROPRIATE AND COMPLETE SECTIONS SPECIFIED)

|   | |
|---|---|
|   | ESCAPE (COMPLETE SECTIONS 1, 2, & 6) |
|   | ATTEMPTED ESCAPE (COMPLETE SECTIONS 1, 2, & 6) |
|   | ASSAULT, INMATE ON INMATE (COMPLETE SECTIONS 1 & 6) |
| XX | ASSAULT, INMATE ON STAFF (COMPLETE SECTIONS 1 & 6) |
|   | INMATE DEATH (COMPLETE SECTIONS 1, 3 & 6) |
|   | FIGHT (COMPLETE SECTIONS 1 & 6) |
|   | CELL FIRE (COMPLETE SECTIONS 1 & 6) |
|   | SELF MUTILATION (COMPLETE SECTIONS 1 & 6) |
|   | SUICIDE ATTEMPT (COMPLETE SECTIONS 1 & 6) |
|   | INTRODUCTION OF CONTRABAND (COMPLETE SECTIONS 1 & 6) |
| XX | DISRUPTIVE BEHAVIOR (COMPLETE SECTIONS 1 & 6) |
|   | WEAPONS DISCHARGE (COMPLETE SECTIONS 1, 4, & 6) |
| XX | USE OF FORCE (COMPLETE SECTIONS 1, 5, & 6) |
|   | MISCELLANEOUS (SPECIFY) (COMPLETE SECTIONS 1 & 6) |

| WAS WEAPON USED? (Yes/No) | No | IF YES, WHAT TYPE? | N/A |
|---|---|---|---|

IF THIS INCIDENT HAS MORE THAN FIVE (5) INMATES INVOLVED, ADDITIONAL LINES CAN BE ADDED BY PLACING CURSOR IN FIRST BLOCK UNDER "INMATE(S) INVOLVED." ON TOOL BAR SELECT TABLE, INSERT, # OF ROWS NEEDED.

| INMATE(S) INVOLVED | REG. NO. | SEX | RACE | CITZ | CIMS CATEGORY | MGMT INT GROUP/STG |
|---|---|---|---|---|---|---|
| Womack, David | 08497-007 | Male | Black | U.S.A. | Separation | Rape H |

| RACIAL/ETHNIC/SECURITY THREAT GROUP CONFLICT NOTES: N/A | | | |
|---|---|---|---|
| N/A | | | |
| STAFF INJURIES (Yes/No) | No | INMATE INJURIES (Yes/No) | No |

IF MEDICAL TREATMENT REQUIRED BY EITHER STAFF OR INMATES, LIST NAMES, INJURIES, TREATMENT AND NAME OF MEDICAL STAFF PRESENT PRIOR TO OR DURING INCIDENT.

WOMACK 000298

Exhibit 4
4/6/10 B. Kelshaw

Inmate Womack was examined by L. Ramirez, Physician's Assistant, and was found to have sustained no injuries.

Lieutenant K. Gabrielson was examined by EMT L. Potter, and was found to have sustained no injuries.

| SECTION 2: ESCAPE OR ATTEMPTED ESCAPE (MARK ("X") WHERE APPROPRIATE) N/A | |
|---|---|
| | INSIDE PERIMETER |
| | OUTSIDE PERIMETER |
| | ESCORTED TRIP |
| | FURLOUGH (SOCIAL/LEGAL/MEDICAL) |
| | FURLOUGH (INSTITUTION TO INSTITUTION) |
| | FURLOUGH (INSTITUTION TO COMMUNITY CONFINEMENT CENTER) |
| | OTHER (SPECIFY) |

| SECTION 3: INMATE DEATH N/A | |
|---|---|
| INMATE DEATH (LOCATION) | |
| CAUSE OF DEATH | |
| INVESTIGATIVE STEPS BEING TAKEN, IF NECESSARY | |
| IF ALIEN, HAVE CONSULAR AND IMMIGRATION OFFICIALS BEEN NOTIFIED? (YES/NO/NOT APPLICABLE) | |
| HAS SURVIVOR/DESIGNEE BEEN NOTIFIED? (YES/NO) | |
| NAME AND ADDRESS OF SURVIVOR OR DESIGNEE | |
| MEDICAL COMMENTS | |

| SECTION 4: WEAPONS DISCHARGE N/A | |
|---|---|
| NAME OF EMPLOYEE | |
| POST ASSIGNMENT | |
| TYPE OF WEAPON | |
| NUMBER OF ROUNDS FIRED | |
| DISCHARGE WAS (MARK ("X") WHERE APPROPRIATE) | |
| ACCIDENTAL | |
| LINE OF DUTY | |
| OTHER (SPECIFY) | |
| WAS REGIONAL OFFICE NOTIFIED (YES/NO) | |
| CAPTAIN'S ANALYSIS AND DAMAGE REPORT | |
| DAMAGE ESTIMATE ($) | |
| WERE TRAINING NEEDS INDICATED (YES/NO) | |
| IF TRAINING NEEDS WERE INDICATED, EXPLAIN | |

WOMACK 000299

| SECTION 5: USE OF FORCE/RESTRAINTS/CHEMICAL AGENTS/NON-LETHAL WEAPONS N/A | | | |
|---|---|---|---|
| USE OF FORCE CLASSIFICATION (MARK ("X") WHERE APPROPRIATE) | | | |
| XX | EMERGENCY, UNPLANNED USE OF FORCE | | |
| | CALCULATED, PLANNED USE OF FORCE | | |
| RESTRAINT EQUIPMENT USED | | RESTRAINT METHOD USED | |
| | NONE | XX | AMBULATORY |
| | HARD | | 2-POINT |
| | SOFT | | 4-POINT |
| DATE PLACED IN RESTRAINTS | | December 09, 2004 | |
| TIME PLACED IN RESTRAINTS | | 3:06 PM | |
| USE OF RESTRAINTS AUTHORIZED BY | | Joseph V. Smith, Warden | |
| OTHER EQUIPMENT USED (MARK ("X") WHERE APPROPRIATE) N/A | | | |
| | CHEMICAL AGENTS (TYPE, QUANTITY) | | |
| | STUN GUN (RANGE, # OF ROUNDS) | | |
| | BATON | | |
| | SHIELD | | |
| | MAG-LIGHT | | |
| | OTHER (SPECIFY) | | |
| LIST OF OTHER STAFF SUBMITTING MEMOS EXCLUDING PRINCIPLE STAFF | | | |
| N/A | | | |
| REASON FOR USE OF FORCE (MARK ("X") WHERE APPROPRIATE) N/A | | | |
| | CONFRONTATION AVOIDANCE PROVED INEFFECTIVE | | |
| XX | BECAME VIOLENT AND/OR ASSAULTIVE | | |
| | DISPLAYED SIGNS OF IMMINENT VIOLENCE | | |
| | DESTROYING PROPERTY | | |
| | ATTEMPTED SUICIDE | | |
| | INFLICTED WOUNDS ON SELF/OTHERS | | |
| XX | ENFORCEMENT OF INSTITUTION REGULATIONS | | |
| | PREVENTION OF A CRIME | | |
| | APPREHENSION OF ONE WHO HAS COMMITTED A CRIME | | |
| | OTHER (SPECIFY) | | |
| LIST FULL NAME OF ALL PRINCIPLE STAFF INVOLVED IN INCIDENT | | | |
| CONFRONTATION AVOIDANCE STAFF (NAME AND TITLE) -- PRESS ENTER AFTER EACH NAME/TITLE | | | |
| | | | |
| FORCE CELL TEAM MEMBERS, IF USED (NAME AND TITLE) -- PRESS ENTER AFTER EACH NAME/TITLE | | | |

WOMACK 000300

K. Gabrielson, Lieutenant

(b)(6), (b)(7)(c)
(b)(7)(F)

L. Ramirez, Physician's Assistant

| WAS THE INCIDENT VIDEOTAPED SEQUENTIALLY AS OUTLINED IN THE CORRECTIONAL SERVICES MANUAL? (YES/NO) | Yes |
|---|---|

IF NO, EXPLAIN WHY NOT, AND INDICATE AT WHAT POINT TAPING DID BEGIN.

| INDICATE TAPE ECN (EVIDENCE CONTROL #) | 04-28 |
|---|---|

### SECTION 6: DESCRIPTION OF INCIDENT

DESCRIPTION OF INCIDENT (IF USE OF FORCE, INCLUDE DETAILS, SUCH AS NAME OF THE SUPERVISOR APPLYING THE CHEMICAL AGENT AND/OR RESTRAINTS, REASONS FOR USE OF HARD RESTRAINTS INSTEAD OF SOFT RESTRAINTS, ETC.

On December 09, 2004, at approximately 2:00 pm, the Special Housing Unit Lieutenant was attempting to remove the restraints from inmate Womack, David, #08497-007, at cell #007 in the Special Housing Unit. After removing the martin chain and black box, inmate Womack was placed in the cell, while staff maintained control of the inmate's hand restraints. As the cell door was closing with the SHU Lieutenant controlling the hand restraints through the food slot, inmate Womack became assaultive by attempting to pull the staff member's hands through the food slot and preventing the cell door from sliding closed with his feet. As the SHU Lieutenant still maintained control of the inmate, staff reached through the open door and removed inmate Womack from the cell. Once inmate Womack was removed from the cell, staff immediately applied leg irons and a martin chain in order to maintain control of the inmate. Inmate Womack began to threaten staff, stating he was going to throw urine and feces on any staff member that came near his cell. Inmate Womack was medically examined and found to have no injuries. Upon completion of the medical examination, inmate Womack was placed into ambulatory restraints and moved to cell #001 without further incident.

ROUTING: REGION/REGIONAL DIRECTOR; REGION/CORR SVCS; BOP-DIR/DIRECTOR; BOP-CPD/CORR SVCS 583S AND 586S; BOP-HSD/ASSISTANT DIRECTOR

FILE: CAPTAIN; INMATE CENTRAL FILE

WOMACK 000293