# EXHIBIT 18

|                           | CURR POP | RATED CAP | RATED CAP% |
|---------------------------|---------:|----------:|-----------:|
| ALLENWOOD USP             | 1018     | 561       | 81         |
| ALLENWOOD USP-CODE        | 118      | 79        | 49         |
| ATLANTA USP               | 1362     | 759       | 79         |
| ATLANTA USP-CODE          | 100      | 108       | -7         |
| ATWATER USP               | 1513     | 960       | 58         |
| BEAUMONT USP              | 1347     | 880       | 53         |
| BEAUMONT USP-CODE         | 121      | 80        | 51         |
| BIG SANDY USP             | 950      | 960       | -1         |
| CARSWELL FMC-ADMIN (F)    | 10       | 24        | -58        |
| COLEMAN USP               | 1494     | 880       | 70         |
| COLEMAN USP-CODE          | 130      | 80        | 63         |
| FLORENCE ADM-CONTROL UNIT | 49       | 78        | -37        |
| FLORENCE HIGH USP         | 976      | 576       | 69         |
| FLORENCE HIGH USP-CODE    | 0        | 64        | 0          |
| FLORENCE MAX USP          | 344      | 412       | -17        |
| LEAVENWORTH USP           | 1572     | 975       | 61         |
| LEAVENWORTH USP-CODE      | 101      | 151       | -33        |
| LEAVENWORTH USP-LCP       | 69       | 66        | 5          |
| LEE USP                   | 1366     | 880       | 55         |
| LEE USP-CODE              | 87       | 80        | 9          |
| LEWISBURG USP             | 1018     | 516       | 97         |
| LEWISBURG USP-CODE        | 78       | 58        | 34         |
| LEWISBURG USP-SMU         | 42       | 72        | -42        |
| MARION USP                | 389      | 610       | -36        |
| POLLOCK USP               | 1323     | 960       | 38         |
| TERRE HAUTE USP           | 1106     | 578       | 91         |
| TERRE HAUTE USP SCU       | 29       | 50        | -42        |
| TERRE HAUTE USP-CODE      | 144      | 19        | 658        |
| VICTORVILLE USP           | 407      | 660       | -38        |
| HIGH SECURITY LEVEL       | 17263    | 12176     | 42         |