# EXHIBIT 19



U.S. Department of Justice
Federal Bureau of Prisons

# Change Notice

DIRECTIVE AFFECTED: 5270.07
CHANGE NOTICE NUMBER: 13
DATE: 1/9/2003

RULES EFFECTIVE: 12/18/2002

1. **PURPOSE AND SCOPE.** To update Program Statement 5270.07, **Inmate Discipline and Special Housing Units**.

2. **SUMMARY OF CHANGES.** This Change Notice directs the creation of a new Low Moderate Severity Level prohibited act (400 level offense code) for Unauthorized Use of the Mail. Additionally, the Low Moderate Severity Level (400 level offense code) for Unauthorized Use of the Mail or Telephone has been removed since the creation of specific telephone related offenses.

Other changes are:

  a. Establish a new Prohibited Act Offense Code 410 on the list of prohibited acts found under the Low Moderate Category for Unauthorized Use of the Mail and;

  b. Abolish the Prohibited Act Offense Code 406 for Unauthorized Use of the Mail or Telephone on the list of prohibited acts found under the Low Moderate Category.

3. **TABLE OF CHANGES**

| Remove | Insert |
|---|---|
| Chapter 4, Pages 13 and 14 | Chapter 4, Pages 13 and 14 |

4. **ACTION.** File this Change Notice in front of PS 5270.07, **Inmate Discipline and Special Housing Units**.

/s/
Kathleen Hawk Sawyer
Director

[TABLE 3 (Cont'd)
MODERATE CATEGORY

| CODE | PROHIBITED ACTS | | SANCTIONS |
|---|---|---|---|
| 300 | Indecent Exposure | A. | Recommend parole date rescission or retardation. |
| 301 | (Not to be used) | | |
| 302 | Misuse of authorized medication | B. | Forfeit earned statutory good time or non-vested good conduct time up to 25% or up to 30 days, whichever is less, and/or terminate or disallow extra good time (an extra good time or good conduct time sanction may not be suspended). |
| 303 | Possession of money or currency, unless specifically authorized, or in excess of the amount authorized | | |
| 304 | Loaning of property or anything of valve for profit or increased return | | |
| 305 | Possession of anything not authorized for retention or receipt by the inmate, and not issued to him through regular channels | B.1 | Disallow ordinarily up to 25% (1-14 days) of good conduct time credit available for year (a good conduct time sanction may not be suspended). |
| 306 | Refusing to work, or to accept a program assignment | | |
| 307 | Refusing to obey an order of any staff member (May be categorized and charged in terms of greater severity, according to the nature of the order being disobeyed; e.g., failure to obey an order which furthers a riot would be charged as 105, Rioting; refusing to obey an order which furthers a fight would be charged as 201, Fighting; refusing to provide a urine sample when ordered would be charged as Code 110) | C. | Disciplinary Transfer (recommend). |
| | | D. | Disciplinary segregation (up to 15 days). |
| | | E. | Make monetary restitution. |
| | | F. | Withhold statutory good time.] |
| 308 | Violating a condition of a furlough | | |
| 309 | Violating a condition of a community program | | |
| 310 | Unexcused absence from work or any assignment | | |
| 311 | Failing to perform work as instructed by the supervisor | | |
| 312 | Insolence towards a staff member | | |