PJS:MJB:dlm

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | **NO.  1:CV-06-2348** |
| **Plaintiff** | : | |
| | : | **(Conner, J.)** |
| **v.** | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | **Filed Electronically** |

## DEFENDANTS' UNOPPOSED MOTION
## FOR A PROTECTIVE ORDER

Defendants  D. Scott Dodrill, Joseph V. Smith, Kenneth Gabrielson, and John Oliver hereby request a protective order staying all court-ordered deadlines, including any expert discovery, pending a resolution of qualified immunity defense raised in the motion for summary judgment.

A brief in support of this motion is being filed concurrently with this

motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney


s/ Michael J. Butler
Michael J. Butler
Assistant United States Attorney
PA 81799
Dawn L. Mayko
Paralegal Specialist
United States Attorney's Office
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108
Tel:  717-221-4482
Fax: 717-221-2246
Michael.J.Butler@usdoj.gov

Dated: December 8, 2010

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | **NO.  1:CV-06-2348** |
| **Plaintiff** | : | |
| | : | **(Conner, J.)** |
| **v.** | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | **Filed Electronically** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on December 8, 2010, she served a copy of the attached

## DEFENDANTS' UNOPPOSED MOTION
## FOR A PROTECTIVE ORDER

by filing with the Court's ECF system.

Addressee:
Aaron B. Hewitt                                    Deborah Golden
Maxine M. Woelfling                          Washington Lawyers Committee
Andrew C. Whitney                             For Civil Rights & Urban Affairs

Morgan, Lewis & Bockius, LLP

**Attorneys for Plaintiff**

s/ Dawn L. Mayko
Dawn L. Mayko
Paralegal Specialist