# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE WOMACK,** | : | NO. 1:CV-06-2348 |
| **Plaintiff** | : | |
| | : | (Conner, J.) |
| v. | : | |
| | : | |
| **HARLEY LAPPIN, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## ORDER

AND NOW this _____ day of _____, 2010, upon consideration of the Defendants' Unopposed Motion for a Protective Order, IT IS HEREBY ORDERED that said motion is GRANTED.

_____
Christopher C. Conner
United States District Judge