cc/cc: BOP, USM(x3); USAtty Gen; Warden FTC OKC

FILED
HARRISBURG, PA
FEB 06 2012
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LEE WOMACK, | : CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : |
| | : |
| v. | : (Judge Conner) |
| | : |
| JOSEPH V. SMITH, *et al.*, | : |
| Defendants | : |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** THE FEDERAL BUREAU OF PRISONS, THE UNITED STATES MARSHALS SERVICE, THE ATTORNEY GENERAL OF THE UNITED STATES and THE WARDEN AT THE FEDERAL TRANSFER CENTER OKLAHOMA CITY, IN OKLAHOMA CITY, OKLAHOMA

You or one of your authorized deputies are hereby commanded to produce the person of **David Lee Womack, Register No. 08497-007**, from the Federal Transfer Center Oklahoma City, at 7410 S. MacArthur Boulevard, Oklahoma City, Oklahoma, 73169, for the purpose of attending and testifying at trial in the captioned action, to which he is a party, before the undersigned at **9:30 a.m. on Monday, April 30, 2012**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, and to keep the prisoner safe and confine him from day to day, when not appearing in court. The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

Dated: February 6, 2012

_____
CHRISTOPHER C. CONNER
United States District Judge