# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LEE WOMACK**, | : CIVIL ACTION NO. 1:06-CV-2348 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **JOSEPH V. SMITH**, et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 25th day of April, 2012, upon consideration of the correspondence from counsel for defendants, wherein counsel requests that the court order plaintiff David Lee Womack ("Womack") provide any letters sent by Womack to counsel pursuant to a prior discovery request and purportedly relevant to the issue of Womack's ability to exhaust his administrative remedies, and upon further consideration of the documents submitted for *in camera* review by Womack's counsel, pursuant to the court's directive at the pretrial conference in the above-captioned matter, and it appearing to the court that the documents are not relevant to the instant matter and are protected by the attorney-client privilege, and the court finding that the documents do not alter or call into question the court's ruling on summary judgment that it was not feasible for Womack to exhaust his administrative remedies (see Doc. 163, at 12-21), it is hereby ORDERED that

defendants' request for court order directing Womack to provide any letters sent by Womack to counsel is DENIED.

                                                    <u>S/ Christopher C. Conner</u>
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge